# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    NO. 4:11CR00141-001   SWW | |
| JERRY PEREZ-MORALES | DEFENDANT |

## ORDER

This matter is before the Court on defendant's pro se motion for early termination of supervised release. The government has no objection to early termination of defendant's supervised release. The U.S. Probation Office has advised the Court that the defendant has met program goals and objectives for supervision and recommends early termination of supervision. The Court finds that defendant's motion [doc #3] should be, and hereby is, ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 27th day of May 2014.

/s/Susan Webber Wright

United States District Judge